11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Bob Huddleston
et al

Appellants

Vs.                   No.
11-01-00286-CV B
Appeal from Comanche County

Comanche County
Appraisal District

Appellee

 

On
February 27, 2001, the trial court signed a partial summary judgment.  On July 17, 2001, the trial court signed an
order severing the issues in the partial summary judgment from the remaining
issues.  Appellants timely perfected an
appeal.  The clerk=s record was filed in this
court on October 30, 2001, and a supplemental clerk=s record was filed on December 19, 2001.

Appellants= brief was due to be filed
in this court on or before January 21, 2002. 
On February  7, 2002, the clerk
of this court wrote the parties advising them that appellants= brief was past due and
requesting appellants to file a motion for extension of time within ten
days.  TEX.R.APP.P. 38.8(a).  The parties were further advised that
failure to file a motion could result in the dismissal of the appeal for want
of prosecution.  TEX.R.APP.P. 42.3.  There has been no response to our letter of
February 7.

Therefore,
the appeal is dismissed for want of prosecution.

 

PER CURIAM

 

February 28,
2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.